

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re TJ Bolt Construction LLC, et al.

No. 06-24-00067-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we dismiss the petition for a writ of mandamus as moot.

RENDERED OCTOBER 31, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk